IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01563-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1, 4-9,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 14, 2015 (ECF No. 36), it is

ORDERED that Defendant John Doe 5 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 14, 2015

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge