IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01563-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

   Plaintiff,

v.

JOHN DOES 1, 4, 6-9,

   Defendants.

## ORDER

   In accordance with Plaintiff's Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 18, 2016 (ECF No. 42), it is

   ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

   Dated:  March 28, 2016

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge